

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-15-00103-CR

_____

JEREMY JERMAINE  HODGE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law
Panola County, Texas
Trial Court No. 2012-C-0098

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Burgess

## MEMORANDUM OPINION

On June 27, 2012, Jeremy Jermaine Hodge pled guilty in three separate causes to burglary of a building[1] and two counts of credit card abuse.[2] Pursuant to a plea agreement, the trial court sentenced Hodge in each case to two years' incarceration in a state jail facility[3] and fined him $10,000.00 per case. In its judgment of conviction in each case, the trial court suspended the imposition of the sentences, suspended all or part of the fines,[4] and placed Hodge on four years' community supervision. On January 27, 2015, the State moved to revoke Hodge's community supervision in each of the cases. After a hearing, the trial court, in each case, revoked Hodge's community supervision, sentenced him to twenty-four months' incarceration in a state jail facility with credit for time served, ordered the sentences to run concurrently, and dismissed any remaining fine balances. This appeal is from the revocation of one of the counts of Hodge's community supervision on credit card abuse.[5]

In a consolidated brief addressing a single issue raised in all three cases, Hodge contends that the sentence imposed by the trial court is grossly disproportionate to his community supervision violations. The argument raised in this appeal is identical to the argument raised in

---

[1]*See* TEX. PENAL CODE ANN. § 30.02(a), (c)(1) (West 2011).

[2]*See* TEX. PENAL CODE ANN. § 32.31(b), (d) (West 2011).

[3]A state jail felony is punishable by confinement in a state jail for not less than 180 days and not more than two years, and by a fine of not more than $10,000.00. TEX. PENAL CODE ANN. § 12.35(a), (b) (West Supp. 2014).

[4]The trial court suspended the $10,000.00 fine in the conviction for burglary of a building, and $9,000.00 each, of the fines in the two convictions for credit card abuse.

[5]The revocation of his community supervision on his conviction of burglary of a building and of credit card abuse have also been appealed to this Court and addressed in opinions released the same date as this opinion, in our cause numbers 06-15-00101-CR and 06-15-00102-CR.

the companion appeal styled *Hodge v. State,* cause number 06-15-00101-CR. In our opinion of this date disposing of that appeal, we found that this Court lacks jurisdiction to consider Hodge's issue.

For the reasons set out in that opinion, we dismiss this appeal for want of jurisdiction.


Ralph K. Burgess
Justice

Date Submitted: October 30, 2015
Date Decided: December 2, 2015

Do Not Publish